No. 73–1856. FOERSTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–1896. HENDRIX *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–6851. RODRIGUEZ-HERNANDEZ *v.* UNITED States. C. A. 5th Cir. Certiorari denied. Reported below: 493 F. 2d 168.

No. 73–6923. RICE ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–6926. SMITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–6975. MILLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 492 F. 2d 37 and 499 F. 2d 1247.

No. 74–185. GREEN, ADMINISTRATOR *v.* WEINBERG ET AL. C. A. 3d Cir. Certiorari denied. Reported below: 495 F. 2d 1368.

No. 74–572. ANTICO *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 74–584. SEARS *v.* DANN, COMMISSIONER OF PATENTS. C. A. 4th Cir. Certiorari denied. Reported below: 502 F. 2d 122.

No. 74–703. PHILLIPS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 496 F. 2d 1395.